## CHRYSLER FIN. CO. v. OFFERMAN

No. 301P00

Case below: 138 N.C.App. 268

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 24 August 2000. Conditional petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 24 August 2000.

## CUCINA v. CITY OF JACKSONVILLE

No. 261P00

Case below: 137 N.C.App. 99

Petition by defendant (City of Jacksonville) for discretionary review pursuant to G.S. 7A-31 denied 24 August 2000.

## DEP'T OF TRANSP. v. ROWE

No. 506A98-2

Case below: 131 N.C.App. 206

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 9 August 2000.

## DOBROWOLSKA v. WALL

No. 270PA00

Case below: 138 N.C.App. 1

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 24 August 2000.

## ESTATE OF FENNELL v. STEPHENSON

No. 267PA00

Case below: 137 N.C.App. 430

Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 25 August 2000.